## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CITY OF COOS BAY, OREGON,

      Plaintiff,

      v.                              Civil Case No. 1:17-cv-02074

WILBUR J. ROSS, JR., *et al.*,

      Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff City of Coos Bay, Oregon and Defendants (Wilbur L. Ross, Jr., in his official capacity, United States Department of Commerce, and National Marine Fisheries Service) by and through their undersigned counsel, hereby stipulate to dismissal of the above-captioned action <u>without prejudice</u>, with the parties to bear their own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| JONATHAN WOOD | *s/ Damien M. Schiff* |
| D.C. Bar No. 1045015 | DAMIEN M. SCHIFF* |
| E-mail: jw@pacificlegal.org | Cal. Bar No. 235101 |
| Pacific Legal Foundation | E-mail: dms@pacificlegal.org |
| 3033 Wilson Blvd., Suite 700 | JOSHUA P. THOMPSON |
| Arlington, Virginia 22201 | D.D.C. No. TX0084 |
| Telephone: (202) 888-6881 | E-mail: jpt@pacificlegal.org |
| | Pacific Legal Foundation |
| | 930 G Street |
| | Sacramento, California 95814 |
| | Telephone: (916) 419-7111 |
| | Facsimile: (916) 419-7747 |

                                                 *Pro Hac Vice*

                                       Attorneys for Plaintiff

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief

*s/ Mark Arthur Brown*
MARK ARTHUR BROWN
D.C. Bar No. 470050
Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0204
Facsimile: (202) 305-0275
mark.brown@usdoj.gov

Attorneys for Defendants

Of Counsel for Defendants:

LAURIE K. BEALE
Attorney-Advisor, Northwest Section
NOAA Office of General Counsel
U.S. Department of Commerce
7600 Sand Point Way NE
Seattle, WA 98115
(206) 526-6327

## CERTIFICATE OF SERVICE

     I hereby certify that on October 2, 2018, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                          /s/ *Mark Arthur Brown*
                          MARK ARTHUR BROWN